01

02

03

04

05

06                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08  UNITED STATES OF AMERICA,              )
                                           )    CASE NO. MJ 19-518
09          Plaintiff,                     )
                                           )
10          v.                             )
                                           )    DETENTION ORDER
11  JORGE REINZ CRUZ-CRUZ,                 )
                                           )
12          Defendant.                     )
    _____       )

13

14  <u>Offense charged</u>:      Illegal Reentry after Deportation

15  <u>Date of Detention Hearing</u>:    October 29, 2019.

16          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18  that no condition or combination of conditions which defendant can meet will reasonably assure

19  the appearance of defendant as required and the safety of other persons and the community.

20          <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

21          1.      Defendant is reportedly a citizen of Honduras.

22          2.      The United States alleges that his presence in this country is illegal.   There is

DETENTION ORDER
PAGE -1

01 an immigration detainer pending against him.

02       3.      Defendant and his counsel offer no opposition to entry of an order of detention.

03       4.      Upon advice of counsel, defendant declined to be interviewed by Pretrial

04 Services.   Therefore, there is limited information available about him.

05       5.      Defendant poses a risk of nonappearance due to lack of legal status in the United

06 States, immigration detainer, previous deportation, and lack of verified background

07 information.   Defendant poses a risk of danger due to criminal history.   There does not appear

08 to be any condition or combination of conditions that will reasonably assure the defendant's

09 appearance at future Court hearings while addressing the danger to other persons or the

10 community.

11 It is therefore ORDERED:

12    1.  Defendant shall be detained pending trial and committed to the custody of the Attorney

13       General for confinement in a correction facility separate, to the extent practicable, from

14       persons awaiting or serving sentences or being held in custody pending appeal;

15    2.  Defendant shall be afforded reasonable opportunity for private consultation with

16       counsel;

17    3.  On order of the United States or on request of an attorney for the Government, the person

18       in charge of the corrections facility in which defendant is confined shall deliver the

19       defendant to a United States Marshal for the purpose of an appearance in connection

20       with a court proceeding; and

21    4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel

22       for the defendant, to the United States Marshal, and to the United State Pretrial Services

01       Officer.

02       DATED this <u>29th</u> day of October, 2019.

03

04                                       Mary Alice Theiler

05                                       United States Magistrate Judge

DETENTION ORDER
PAGE -3